

U.S. Department of Justice
*Brian D. Miller*
*United States Attorney*
*Middle District of Pennsylvania*

*Website: www.justice.gov/usao/pam/*
*Email: usapam.contact@usdoj.gov*

| | | |
|---|---|---|
| *William J. Nealon Federal Building*<br>*235 N. Washington Avenue, Suite 311*<br>*P.O. Box 309*<br>*Scranton, PA 18503-0309*<br>*(570) 348-2800* | *Sylvia H. Rambo Courthouse*<br>*1501 North 6th Street, 2nd Floor*<br>*P.O. Box 202*<br>*Harrisburg, PA 17102*<br>*(717) 221-4482* | *Herman T. Schneebeli Federal Building*<br>*240 West Third Street*<br>*Suite 316*<br>*Williamsport, PA 17701-6465*<br>*(570) 326-1935* |

*Please respond to: Williamsport*

December 15, 2025

Honorable Judge Neary
United States District Court
Middle District of Pennsylvania
1501 North 6th Street
Harrisburg, PA 17102

RE:  *United States v. Muneerah Abdullah*
      District Case Number: 1:25-CR-00059

Dear Judge Neary:

This letter is offered to the Court in anticipation of the sentencing hearing for Muneerah Abdullah ("Abdullah") scheduled for December 17, 2025. In its sentencing memo, the Government argued in support of assessing criminal history points based on Abdullah's 2011 conviction for harassment and noted that it would update the should it acquire further information concerning the underlying facts of that conviction. (Doc. 38, p. 4, fn. 1).

On December 10, 2025, United States Probation received the following information via email from a member of the Pennsylvania State Police:

| | |
|---|---|
| *Date/Time of Incident:* | *10/02/2011 @ 0020 hrs* |
| *Type of Incident:* | *Harassment* |
| *Incident#:* | *U25-0086989* |
| *Officer:* | *MARTH* |
| *Victim/DOB:* | *Same as accused* |

*Accused #1/Suspect/DOB: Muneerah Azeezah ABDULLAH DOB: 07/▮▮▮*
*Accused #2/Suspect/DOB: Qadirah ▮▮▮ ▮▮▮ DOB: 02/▮▮▮*

*Summary: Accused #1 and Accused #2 passed each other near the C-bank of slot machines. Due to long-standing issues between the two accused, words were exchanged as the two crossed each other's paths. Consequently, the verbal altercation turned pugilistic as the two engaged each other in a physical altercation. Both Accused #1 and Accused #2 were issued Non-Traffic Citations at the scene and released. Both parties were run through NCIC/CLEAN with negative results.*

The Government submits that these facts support the assessment of one criminal history point as assessed in the PSR and under the framework provided in *United States v. Pelker*, 821 Fed.Appx. 93 (3d Cir. 2020).

Respectfully,

*[signature]*

ALISAN V. MARTIN
Assistant United States Attorney
Attorney I.D. No. PA 316757
United States Attorney's Office
240 West Third Street, Suite 316
Williamsport, PA 17701
Telephone: 570-326-1935
Email: Alisan.Martin@usdoj.gov

cc: Lori J. Ulrich, Esq.